IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01885-LTB

GRANT HENRY STEWART,

    Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Christine M. Arguello, District Judge, on October 29, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 30 day of October, 2015.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk


                                By: s/A. Thomas
                                    Deputy Clerk